IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| RAYAN NAFA MOHAMED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-CV-2334 |
| | ) |
| PEPSICO, INC. d/b/a NEW BERN TRANSPORTATION CORP., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, PepsiCo, Inc. d/b/a New Bern Transportation Corp. ("PepsiCo")[1], Defendant in the above-captioned lawsuit, removes this action from the Circuit Court for Howard County, Maryland, where it is currently pending, to the United States District Court for the District of Maryland. In support thereof, Defendant respectfully states as follows:

1. On or about July 27, 2023, Plaintiff Rayan Nafa Mohamed filed the instant lawsuit in the Circuit Court for Howard County, Maryland, styled *Rayan Nafa Mohamed v. PepsiCo, Inc d/b/a New Bern Transportation Corp.*, Case No. C-13-CV-23-000612 (the "State Court Action"). A copy of the Complaint is attached as **Exhibit A**. A copy of the docket in the State Court Action is attached as **Exhibit B**.

---

[1] PepsiCo, Inc. ("PepsiCo") is incorrectly named in Plaintiff's Complaint as "PepsiCo Inc. d/b/a New Bern Transportation Corp." New Bern Transportation Corp. is not an assumed name of PepsiCo, Inc. Rather, New Bern Transport Corporation, which was Plaintiff's employer, is a wholly owned subsidiary of PepsiCo, Inc. PepsiCo, Inc., the currently named Defendant, was not Plaintiff's employer.

2. This action arises out of Plaintiff's separation of employment from New Bern Transport Corporation ("New Bern"). In his Complaint, Plaintiff brings causes of action against PepsiCo for negligence, tortious interference with prospective advantage, defamation, false light invasion of privacy, and constructive fraud in connection with a drug test Plaintiff was required to take by New Bern.

3. As of the date of this filing, Plaintiff has not effected service on Defendant or on New Bern.

4. In accordance with 28 U.S.C. § 1446(b)(1), Defendant timely filed this notice of removal on August 25, 2023, within 30 days after Defendant was first notified of the Complaint in the State Court Action.

5. In accordance with 28 U.S.C. § 1446(a) and Local Rule 103.5.a., Defendant is filing contemporaneously with this notice true and legible copies of all process, pleadings, documents, and orders they have received in connection with this matter. Defendant will file within 30 days true and legible copies of all other documents then on file in the State Court Action together with the certification required by Local Rule 103.5.a.

6. Subject matter jurisdiction, particularly federal diversity jurisdiction, is proper under 28 U.S.C. § 1332. Diversity jurisdiction exists where (1) the amount in controversy exceeds $75,000, exclusive of interests and costs, and (2) the suit is between citizens of different states. *Id*.

7. At the time of the commencement of this action, Plaintiff, by his own admission, was a resident of Baltimore City, Maryland. *See* Compl., ¶ 1.

8. Defendant PepsiCo is incorporated in North Carolina and is headquartered in Purchase, New York. Accordingly, Defendant is considered a citizen of North Carolina and New York for purposes of determining diversity of citizenship.

9.      Because Plaintiff is a citizen of Maryland and Defendant is a citizen of North Carolina and New York, complete diversity of citizenship existed between Plaintiff and Defendant at the time Plaintiff's Complaint was filed, and, upon information and belief, complete diversity of citizenship exists at the time of the instant removal.

10.     Plaintiff has affirmatively plead that he seeks "a sum that exceeds SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) in damages" for each of the five causes of action that he brings. *See* Compl., ¶¶ 33, 38, 44, 48, 53. Thus, the amount in controversy requirement is met.

11.     Venue in this Court is proper under 28 U.S.C. §§ 1441(a) and 1446(a), which provide for removal of any civil action to the federal district court for the district and division embracing the place where the state court action is pending. This Court embraces the Circuit Court for Howard County, Maryland, where the State Court Action was filed and is pending. *See* 28 U.S.C. § 124(d)(6); *see also* 28 U.S.C. §§ 1391 and 1441(a).

12.     Pursuant to 28 U.S.C. § 1446(d), concurrent with filing this Notice of Removal, Defendant will file a *Notice of Filing of Notice of Removal* with the Circuit Court for Howard County, Maryland, and will attach a copy of this Notice of Removal thereto. This Notice of Removal is being served on all adverse parties as required by 28 U.S.C. § 1446(d). A copy of the *Notice of Filing of Notice of Removal* (without attachments) is attached as Exhibit C.

WHEREFORE, Defendant PepsiCo, Inc. (incorrectly named as PepsiCo Inc. d/b/a New Bern Transportation Corp.) respectfully requests that this case be properly removed from the Circuit Court for Howard County, Maryland to this Court, that the Court accept jurisdiction over the action, and that this action be entered into the docket of this Court for further proceedings as if the action had been originally instituted in this Court.

Dated:  August 25, 2023 	Respectfully submitted,

        By:  */s/   Jason C. Reichlyn*
        **Jason C. Reichlyn**
        Bar No. 29997
        **DYKEMA GOSSETT, PLLC**
        One Franklin Square
        1301 K Street, N.W., Suite 1100 West
        Washington, D.C.  20005
        Telephone:  (202) 906-8600
        Facsimile:  (888) 790-7069
        Email:  JReichlyn@dykema.com

Of Counsel:
By:  */s/ Alison R. Ashmore*
    **Alison R. Ashmore**
    (signed by Jason C. Reichlyn with permission of Alison R. Ashmore)
    (*Application Pro Hac Vice Forthcoming*)
    **DYKEMA GOSSETT, PLLC**
    1717 Main Street, Suite 4200
    Dallas, Texas 75201
    Telephone:  (214) 462-6400
    Facsimile:  (214) 462-6401
    Email:  AAshmore@dykema.com

        **ATTORNEYS FOR DEFENDANT PEPSICO, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2023, the foregoing Notice of Removal was filed with the Clerk of the Court for the for the United States District Court for the District of Maryland using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  I hereby further certify that a copy of the foregoing notice of removal was sent via first-class mail, postage prepaid, to:

Mohamed M. Bamba, Esq.
Bamba Law
10015 Old Columbia Road
Suite B-215
Columbia, MD 20146
Email:  Mohamed@bambalaw.com

Attorney for Plaintiff


By:      */s/ Jason C. Reichlyn*
            Jason C. Reichlyn

4862-4894-7318.5

5