IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **RAYAN NAFA MOHAMED,** | * | |
| | * | |
| **Plaintiff,** | * | |
| v. | * | Civil No. SAG-23-2334 |
| | * | |
| **NEW BERN TRANSPORT CORPORATION,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is this 21st day of November, 2023, ORDERED that Defendant's Motion to Dismiss, ECF 18, is GRANTED without prejudice. The Clerk is directed to CLOSE this case.

/s/
Stephanie A. Gallagher
United States District Judge