FILED: October 15, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1015
(1:23-cv-02334-SAG)

_____

RAYAN NAFA MOHAMED

       Plaintiff - Appellant

v.

NEW BERN TRANSPORT CORPORATION

       Defendant - Appellee

 and

PEPSICO, INCORPORATED, d/b/a New Bern Transportation Corp.

       Defendant

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is

affirmed.

This judgment shall take effect upon issuance of this court's mandate in

accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK